AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

Northern ———————————— **DISTRICT OF** ———— California

UNITED STATES OF AMERICA

**V.**

Graham Paul Vane
140 Paradise Drive
Pacifica CA 94044

(Name and address of defendant)

## SUMMONS IN A CRIMINAL CASE

**CASE NUMBER:**

CR 07-324 MMC

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court<br>450 Golden Gate Ave.<br>San Francisco CA 94102 | 15th flr<br>courtroom E |
| | **Date and Time** |
| Before: U.S. Magistrate Judge Elizabeth Laporte | May 31, 2007 9:30am |

To answer a(n)

☒ Indictment     ☒ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title_____United States Code, Section(s)_____

Brief description of offense:

29 USC 501(c) Embezzlement
18:1001 False statements to government agency

**If you have an attorney,** report to Room No 20-6894 20th floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California prior to going to Court.

**If you do not have an attorney,** report to the Federal Public Defender's Office, Room No. 6884, 19th floor, forty-five minutes prior to the hearing on the date of your court appearance. Before leaving the courthouse, you must also report to Room No 20-6894 on the 20th floor.

| | |
|---|---|
| _(signature)_ | May 24, 2007 |
| Signature of Issuing Officer | Date |
| Deputy Clerk | |
| Name and Title of Issuing Officer | |