1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney
2
     MARK L. KROTOSKI (CASBN 138549)
3    Chief, Criminal Division

4    JEFFREY R. FINIGAN (CASBN 168285)
     Assistant United States Attorneys
5

6        450 Golden Gate Avenue
         San Francisco, California  94102
7        Telephone: (415) 436-7232
         Facsimile: (415) 436-7234
8        Email: jeffrey.finigan@usdoj.gov

9    Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        )    Criminal No. CR 07-0324 MMC
                                       )
15          Plaintiff,                 )
                                       )
16                                     )
                                       )    **STIPULATION AND ORDER**
17      v.                             )    **EXCLUDING TIME**
                                       )
18                                     )
     GRAHAM PAUL VANE,                 )
19                                     )
            Defendant.                 )
20   _____ )

21

22          The above-captioned matter came before the Hon. Elizabeth D. Laporte, U.S. Magistrate

23   Judge, on May 31, 2007, for initial appearance on the indictment.  The defendant was

24   represented by Christopher Cannon, Esq., and the government was represented by Jeffrey

25   Finigan, Assistant United States Attorney.  Mr. Cannon made a special appearance and asked

26   that the matter be continued to June 12, 2007, in order to finalize arrangements for the retention

27   of counsel.

28          The matter came before the Hon. Bernard Zimmerman, U.S. Magistrate Judge, on June

     STIPULATION AND [PROPOSED]
     ORDER EXCLUDING TIME
     CR 07-0324 MMC

12, 2007, for identification of counsel and entry of plea on the indictment. The defendant was represented by Mr. Cannon, and the government was represented by Jeffrey Finigan.  The defendant entered a not guilty plea and the parties requested that the matter be continued to this Court's calendar on July 11, 2007, at 2:30.  The reasons for the July 11th date are that there is a voluminous amount of discovery about to be produced to the defense and defense counsel will be unavailable the last two weeks of June.

Accordingly, the parties respectfully request that this Court make a finding that the time from and including May 31, 2007, through July 11, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  The finding may be based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 11, 2007, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:     June 12, 2007         _____/s/_____
                                 CHRISTOPHER CANNON
                                 Counsel for Graham Vane


DATED:     June 12, 2007         _____/s/_____
                                 JEFFREY FINIGAN
                                 Assistant U.S. Attorney

So ordered.

DATED:     June 14, 2007         _____
                                 MAXINE M. CHESNEY
                                 UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0324 MMC              2