UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JUL 1 1 2007

Case No. CR-07-0324 MMC        JUDGE: Maxine M. Chesney

DEFENDANT: Graham Paul Vane

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jeffrey Finigan

ATTORNEY FOR DEFENDANT: Chris Cannon

Deputy Clerk: Tracy Lucero        Reporter: Mary Richardson

### PROCEEDINGS

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Δ's counsel is reviewing CD provided by Govt.

Case continued to 8/8/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JUL 1 1 2007 Ends 8/8/07

cc: Chamber file