UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: AUG 08 2007

Case No. CR-07-0324 MMC          JUDGE: Maxine M. Chesney

DEFENDANT: GRAHAM PAUL VANE          Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: JEFFREY FINIGAN          ATTORNEY FOR DEFENDANT: Chris Cannon

Deputy Clerk: TRACY LUCERO          Reporter: Lydia Zinn

## PROCEEDINGS

REASON FOR HEARING: Further Status / Trial Setting Conference

RESULT OF HEARING: ∆'s Counsel requests continuance to allow him time to review discovery

Case continued to 9/5/07 @ 2:30 for Further Status / Trial Setting
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation / Continuity of Counsel  Begins AUG 08 2007  Ends 9/5/07

cc: Chamber file