CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for GRAHAM PAUL VANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0324-MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE STATUS** |
| | ) | **CONFERENCE** |
| GRAHAM PAUL VANE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case involves allegations that multiple bank accounts and credit cards were used to pay for personal expenses that were then charged to the Letter Carrier's Union. Graham Vane was the President of that Union and was authorized to use the credit cards and bank accounts. The government contends that $170,000.00 of expenditures over a four year period were improper. In some cases, the government contends that all expenditures on a particular bill were improper. In order to defend this case, or to rationally consider a plea, the defense must compare each individual expense, with the defendant's calendar and legitimate business activities to determine if an individual item

on a bill was an authorized expense or was an unauthorized expense.  The defense has made substantial progress with this process, but has not yet completed it.

In addition, government counsel will be unavailable the last week of September and the first week of October.

Accordingly, the parties agree that the status date presently set for September 5, 2007 should be vacated and a new date set for October 10, 2007.  The parties agree that time until that date will be excluded from calculation of time limits under Speedy Trial Act under 18 U.S.C. §§ 3161 (h)(3)(A) and (h)(8)(A).

IT IS SO STIPULATED.

Date: 9/4/07                                                         _____/s/_____
                                                                     Christopher J. Cannon
                                                                     Counsel for Guindi Guindi


Date: 9/4/07                                                         _____/s/_____
                                                                     Jeffrey Finigan
                                                                     Assistant United States Attorney


SO ORDERED.

Date:                                                                _____
                                                                     The Honorable Maxine S. Chesney
                                                                     United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
No. CR 05-00655-JSW