UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: __OCT 1 0 2007__   **E-Filing**

Case No. __CR-07-0324 MMC__   JUDGE: **Maxine M. Chesney**

__Graham Paul Vane__   Present (✓) Not Present ( ) In Custody ( )
DEFENDANT

__Jeffrey Finigan__   __Chris Cannon__
U.S. ATTORNEY   ATTORNEY FOR DEFENDANT

Deputy Clerk: __TRACY LUCERO__   Reporter: __Juanita Gonzalez__

**PROCEEDINGS**

REASON FOR HEARING __Further Status Conference__

RESULT OF HEARING __Δ's counsel informed the Court that this case is close to a disposition.__

Case continued to __11/7/07 @ 2:30__ for Further Status. /__Trial setting__
Case continued to _____ for Motions.
          (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) __Preparation/Complexity__ Begins __OCT 1 0 2007__ Ends __11/7/07__