UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: NOV 7 2007

Case No. CR-07-0324 MMC        JUDGE: Maxine M. Chesney

GRAHAM PAUL VANE
DEFENDANT          Present (✓) Not Present ( ) In Custody ( )

JEFFREY FINIGAN                    CHRIS CANNON
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO         Reporter: MARGO GURULE

**PROCEEDINGS**

REASON FOR HEARING  Further Status Conference

RESULT OF HEARING   Parties are working toward plea agreement, but request Court set a trial date.

Discovery cut-off - 2/21/08.

Case continued to _____ for Further Status.
Case continued to 2/20/08 @ 2:30 for Motions.
    (Motion due 1/23, Opposition due 2/6, Reply Due 2/13)
Case continued to 3/11/08 @ 3:00 for Pretrial.
Case continued to 3/24/08 @ 9:00 for Trial. (Court/Jury: 5-7 day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Complexity/Preparation of Counsel  Begins NOV 7 2007  Ends 3/24/08