Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____

_____

Case No. **CR-**_____**-MMC**          Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____          **DEFT** Exhibit No. _____

Date Entered _____          Date Entered _____

Signature _____          Signature _____