UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JAN 0 9 2008

Case No. CR-07-0324 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Graham Paul Vane

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jeffrey Finigan

ATTORNEY FOR DEFENDANT: Chris Cannon

Deputy Clerk: TRACY LUCERO

Reporter: Sahar McVickar

## PROCEEDINGS

REASON FOR HEARING: Change of Plea - Held.

RESULT OF HEARING: Δ pled guilty to all counts in indictment - Counts one through five. Open plea - no plea agreement. All pretrial dates & trial date are vacated. Application for entry of plea filed w/ court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 4/16/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____