**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0324 MMC |
|         Plaintiff, | **CLERK'S NOTICE** |
|   v. | |
| GRAHAM PAUL VANE, | |
|         Defendant. | |

**YOU ARE NOTIFIED** that the TRIAL AND PRETRIAL DATES are hereby VACATED.

                                                **FOR THE COURT,**

                                                Richard W. Wieking, Clerk

Dated: February 8, 2008                      *Tracy Lucero*

                                                Tracy Lucero, Deputy Clerk