UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: _APR 1 6 2008_

Case No. _CR-07-0324 mmc_          JUDGE:    **Maxine M. Chesney**

_GRAHAM PAUL VANE_          Present (✓) Not Present (  ) In Custody (  )
DEFENDANT

_JEFFREY FINIGAN_          _Chris Cannon_
U.S. ATTORNEY          ATTORNEY FOR DEFENDANT

**TRACY LUCERO**
Deputy Clerk: _____          Reporter: _BELLE BALL_

**PROCEEDINGS**

REASON FOR HEARING   _Judgment & Sentencing - Not held._

RESULT OF HEARING   _Counsel request Evidentiary Hearing Date to address amount of loss._

_USPO - Joshua Sparks_

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
              (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: _____ day(s)
Case continued to _6/12/08 @ 10:00_ for _Evidentiary Hearing RE: Amount of loss_

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____