UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 1 2 2008

Case No. CR-07-0324-MMC

JUDGE: **Maxine M. Chesney**

GRAHAM PAUL VANE
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

JEFFREY FINIGAN
U.S. ATTORNEY

CHRIS CANNON
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: JAMES YEOMANS

### PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Sentence - 15 months in custody, 3 years supervised release, restitution $150,000. No fine. $500 special assessment. (See judgment for additional conditions).

USPO - Joshua Sparks

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(50 min).