**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,                    No. CR -07-0324-01 MMC
12        Plaintiff,                            **SEALING ORDER PURSUANT TO GENERAL ORDER 54**
13    v.
14 GRAHAM PAUL VANE,
15        Defendant.
16 _____/
17    The following documents in this action are placed under seal and shall not be opened
18 except by the United States Sentencing Commission for its eyes only and shall not be
19 transmitted or otherwise opened except by order of this court upon application.
20    ☒    Presentence Report
21    ☐    Plea Agreement
22    ☒    Statement of Reasons
23    ☐    _____
             (Other)
24
25 **IT IS SO ORDERED.**
26
27 Dated: June 13, 2008                         _____
                                                MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT JUDGE
28