CR 07-324

**FILED**
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

06/17/2008 04:14 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GRAHAM P. VANE | 504100 | SPECIAL PENALTY ASSESSMENT | 500.00 | 0.00 | CT 34611020152 | 1 | PR | 500.00 | 06/12/2008 |

Case No. DCAN307CR000324  US V VANE

Division Payment Total  500.00

Grand Total  500.00

$500.00 SPECIAL ASSESSMENT PAID IN FULL on 6-12-08

Page 1 of 1