

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

11th Floor, Federal Building            (415) 436-7200
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102        FAX:(415) 436-7234

June 16, 2008

VIA HAND DELIVERY
Honorable Maxine M. Chesney
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

       Re: United States v. Graham Paul Vane,
           CR 07-00324 MMC

Dear Judge Chesney,

      The government is in receipt of the Judgment in this case and respectfully requests the Court make two modifications as follows: (1) on page 6 of 8, the box requiring the defendant to pay interest pursuant to 18 U.S.C. § 3612(f) should be checked; and (2) in order to avoid any confusion, the word "or" at the end of section C on page 7 of 8 should be replaced with language reading "at the conclusion of said 15-month period, payment is due as follows herein in section D." Thank you.

                             Sincerely,

                             JOSEPH P. RUSSONIELLO
                             United States Attorney

         By: _____
                JEFFREY R. FINIGAN
                Assistant United States Attorney

cc: Christopher Cannon, Esq. (Via facsimile)